## MORTON  v.  LIPSCOMB.

*Simmons, C. J.*—This case falls within the well settled rule that where upon conflicting evidence an interlocutory injunction is refused, this court will not control the discretion of the trial judge.                    *Judgment affirmed.*

May 4, 1896.   Argued at the last term.

Petition for injunction. Before Judge Hutchins. Clarke county.   July 29, 1895.

*John J. Strickland,* for plaintiff.
*Thomas F. Green,* for defendant.

## BROWN  et al.  v.  McJUNKIN  et al.

*Lumpkin, J.*—Where it was proved that persons in possession of premises which they had entered without any claim of right "raised a terrible row, gathered up rocks," ran off an agent who was demanding possession for another party who had the right of possession, threatened to split the agent's head open, kept possession, and subsequently, when another agent of the same party came to demand possession, "reared and charged" and declared that they would yield possession to no one but the sheriff, and that if any one else got possession it would be over their dead bodies, there was certainly evidence to warrant a finding that the detainer was forcible.   *Judgment affirmed.*

May 11, 1896.   Argued at the last term.

*Certiorari.*   Before Judge Kimsey.   Habersham superior court.   March term, 1895.

*Crane & Derby,* for plaintiffs in error.
*Jones & Bowden,* contra.